**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MODA, | Case No. CV 23-2156 PA (MAAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| EIJ, INC., et al., | |
| Defendants. | |

In accordance with the Court's June 23, 2023 Minute Order granting the Motion to Dismiss filed by defendants EIJ, Inc., Beverly Hills Lenders, LLC (a California Limited Liability Company), Beverly Hills Lenders, LLC (a Nevada Limited Liability Company), Armen Eskijian, Chris Eskijian, and Naira Eskijian (collectively, "Defendants") and dismissing plaintiff Kevin Moda's ("Plaintiff") Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's cause of action for violation of 15 U.S.C. § 1635 is dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law causes of action and that those causes of action are dismissed without prejudice.

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff takes
2 nothing and Defendants shall have their costs of suit.
3 DATED:  June 23, 2023

                                                  _____
                                                                Percy Anderson
                                                  UNITED STATES DISTRICT JUDGE